IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | | |
|---|---|---|
| Kenrick Hamilton | ) | |
| | ) | |
| Plaintiff, | ) | 1:13cv1248 (JCC/TRJ) |
| | ) | |
| v. | ) | |
| | ) | |
| Tammy L. Grinols-Hamilton | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the complaint and appearing to Court that the matters alleged therein are not within this district and the events took place in New York and the Court not having jurisdiction of domestic matters. Accordingly, it is

ORDERED that Plaintiff's Complaint [1] be, and the same hereby is Dismissed without Prejudice.

That the motion for informa pauperis [2] is Granted.

Should plaintiff wish to appeal, notice must be filed within sixty (60) days of the date of this Order.

The Clerk shall forward copies of this Order to plaintiff pro se.   This order is final.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
October 15, 2013